UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISON

|  |  |
|---|---|
| SHELLY DELAGE ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 04-40194 FDS |
| ) | |
| KADANT WEB SYSTEMS, INC., ) | |
| ERIC LANGEVIN and ) | |
| DAVID DIMARZIO ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

Please notice the appearance of David M. Felper with the law firm of Bowditch & Dewey, LLP, as counsel for Defendants Kadant Web Systems, Inc., Eric Langevin and David DiMarzio in the above-captioned matter.

KADANT WEB SYSTEMS, INC.,
ERIC LANGEVIN and
DAVID DIMARZIO

By their Attorneys,

/s/ David M. Felper
David M. Felper, Esq., BBO #162460
Kathryn E. Abare, Esq., BBO #647594
Bowditch & Dewey, LLP
311 Main Street, P.O. Box 15156
Worcester, MA  01615-0156
(508) 926-3452

Dated:  October 14, 2004
#04-40194