UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISON

| | |
|---|---|
| SHELLY DELAGE ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 04-40194 FDS |
| ) | |
| KADANT WEB SYSTEMS, INC., ) | |
| ERIC LANGEVIN and ) | |
| DAVID DIMARZIO ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

Please notice the appearance of Kathryn E. Abare with the law firm of Bowditch & Dewey, LLP, as counsel for Defendants Kadant Web Systems, Inc., Eric Langevin and David DiMarzio in the above-captioned matter.

        KADANT WEB SYSTEMS, INC.,
        ERIC LANGEVIN and
        DAVID DIMARZIO

        By their Attorneys,


        /s/  Kathryn E. Abare
        David M. Felper, Esq., BBO #162460
        Kathryn E. Abare, Esq., BBO #647594
        Bowditch & Dewey, LLP
        311 Main Street, P.O. Box 15156
        Worcester, MA  01615-0156
        (508) 926-3452

Dated:  October 14, 2004
**#04-40194**