UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISON

| | |
|---|---|
| SHELLEY DELAGE ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 04-40194 FDS |
| ) | |
| KADANT WEB SYSTEMS, INC., ) | |
| ERIC LANGEVIN and ) | |
| DAVID DIMARZIO ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

Pursuant to Local Rule 16.1(D)(3) of the Local Rules of the United States District Court, District of Massachusetts, Defendants, Eric Langevin individually and on behalf of Kadant Web Systems, Inc. and David DiMarzio individually (collectively, "Defendants") and counsel for Defendants hereby certify that:

1)   The undersigned have conferred with a view to establishing a budget for the costs of conducting the full course -- and various alternative costs -- of the litigation; and

2)   The undersigned have conferred to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

| | |
|---|---|
| **BOWDITCH & DEWEY,**<br>**Counsel for Defendants** | **KADANT WEB SYSTEMS, INC.**<br>**ERIC LANGEVIN** |
| /s/ David M. Felper<br>By: David M. Felper, BBO #162460<br>    Bowditch & Dewey, LLP<br>    311 Main Street - P.O. Box 15156<br>    Worcester, MA  01615-0156<br>    (508) 926-3452 | /s/ Eric Langevin<br>By:    Eric Langevin |
| Date:   October 21, 2004 | |
| **BOWDITCH & DEWEY,**<br>**Counsel for Defendants** | **DAVID DIMARZIO** |
| /s/ David M. Felper<br>By: David M. Felper, BBO #162460<br>    Bowditch & Dewey, LLP<br>    311 Main Street - P.O. Box 15156<br>    Worcester, MA  01615-0156<br>    (508) 926-3452 | /s/ David DiMarzio<br>By:    David DiMarzio |
| Date:   October 21, 2004 | |