UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

|  |  |
|---|---|
| SHELLEY DELAGE  )<br> )<br>   Plaintiff,  )<br> )<br>v.  )<br> )<br>KADANT WEB SYSTEMS, INC.,  )<br>ERIC LANGEVIN and  )<br>DAVID DIMARZIO  )<br> )<br>   Defendants.  )<br> ) | CIVIL ACTION NO. 04-40194 FDS |

**CORPORATE DISCLOSURE STATEMENT PURSUANT TO RULE 7.1
OF THE FEDERAL RULES OF CIVIL PROCEDURE AND LOCAL RULE 7.3**

Defendant Kadant Web Systems, Inc. hereby discloses, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.3, that Kadant Web Systems, Inc. is a Massachusetts corporation, that Kadant, Inc. is its parent corporation, and that Kadant, Inc. is a publicly held company that owns ten percent (10%) or more of Kadant Web Systems, Inc.'s stock.

KADANT WEB SYSTEMS, INC.

By its Attorneys,

/s/  David M. Felper
David M. Felper, Esq., BBO #162460
Kathryn E. Abare-O'Connell, Esq., BBO #647594
Bowditch & Dewey, LLP
311 Main Street - P.O. Box 15156
Worcester, MA  01615-0156
(508-926-3452

Dated:  December 1, 2004

#04-40194