UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHELLEY DELAGE, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>KADANT WEB SYSTEMS, INC.; ERIC )<br>LANGEVIN AND DAVID DIMARZIO, )<br>    Defendants. ) | DOCKET NO. 04-40194 FDS |

## JOINT STATEMENT

### Proposed Timetable for Discovery and Motion Practice

1. **Initial Disclosures**. Initial Disclosures required by Fed. R. Civ. P. 26(a)(1) shall be completed by 3/11/05.

2. **Amendment to Pleadings**. Except for good cause shown, no motions seeking leave to add new parties or to amend the pleadings to assert new claims or defenses may be filed after 3/30/05.

3. **Fact Discovery – Interim Deadlines**

    a. All requests for production of documents and interrogatories shall be served by 4/29/05.

    b. All requests for admission shall be served by 6/30/05.

    c. All depositions, other than expert depositions, must be completed by 7/31/05.

4. **Fact Discovery – Final Deadline.** All discovery, other than expert discovery, shall be completed by 7/31/05.

5. **Status Conference**. A status conference will be held on a date set by the Court.

**6.**   **Expert Discovery**.

   a. Plaintiff's trial experts must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed, by 8/31/05.

   b. Plaintiff's trial experts must be deposed by 10/31/05.

   c. Defendants' trial experts must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed, by 8/31/05.

   d. Defendants' trial experts must be deposed by 10/31/05.

**7.**   **Dispositive Motions.**

   1. Dispositive motions, such as motions for summary judgment or partial summary judgment and motions for judgment on the pleadings must be filed by 11/30/05.

   2. Oppositions to dispositive motions must be filed within 30 days after service of the motion.

8. Pretrial Conference. A pretrial conference will be held on a date set by the Court.

<u>Rule 16.1 Certification</u>.

The parties' Certifications pursuant to L.R. 16.1 are being filed separately.

<u>Trial by Magistrate</u>.

At this time, the parties do not agree to trial by magistrate.

3

| Plaintiff, | Defendants, |
|---|---|
| By her attorney, | By their attorneys, |
| /s/ Richard A. Mulhearn | /s/ David M. Felper |
| Richard A. Mulhearn | David M. Felper |
| BBO No. 555474 | BBO No. 162460 |
| Law Office of Richard A. Mulhearn, P.C. | Bowditch & Dewey, LLP |
| 41 Elm Street | 311 Main Street |
| Worcester, MA  01609 | Worcester, MA 01615 |
| Tel. (508) 753-9999 | Tel. (508) 926-3452 |

Dated: February 1, 2005.