UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISON

| | |
|---|---|
| SHELLEY DELAGE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KADANT WEB SYSTEMS, INC., )<br>ERIC LANGEVIN and )<br>DAVID DIMARZIO, )<br>)<br>Defendants. )<br>) | CIVIL ACTION NO. 04-40194-FDS |

## ASSENTED TO MOTION TO RESCHEDULE SCHEDULING CONFERENCE

Defendants, Kadant Web Systems, Inc., Eric Langevin and David DiMarzio, respectfully request that the Court reschedule the scheduling conference set for February 25, 2005, at 12:00 P.M. to March 3, 2005.

As grounds for this motion, Defendants state as follows:

(1)   Senior counsel for Defendants will be out of state on vacation on the date of the scheduling conference;

(2)   No prejudice to the parties will result as a result of the change in date for the scheduling conference.

Counsel for Plaintiff assents to this motion.

        KADANT WEB SYSTEMS, INC.,
        ERIC LANGEVIN and
        DAVID DIMARZIO

        By their Attorneys,

        /s/ David M. Felper
        David M. Felper, Esq., BBO #162460
        Kathryn Abare-O'Connell, Esq., BBO #647594
        Bowditch & Dewey, LLP
        311 Main Street – P.O. Box 15156
        Worcester, MA  01615-0156

Dated:  February 2, 2005