UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SHELLEY DELAGE, )
    Plaintiff, )
     )
v. )   DOCKET NO. 04-40194 FDS
     )
KADANT WEB SYSTEMS, INC.; ERIC )
LANGEVIN AND DAVID DIMARZIO, )
    Defendants. )

## CERTIFICATION OF PLAINTIFF AND PLAINTIFF'S COUNSEL

The undersigned hereby certify that we have conferred:

a)    with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – for the litigation; and

b)    to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

_____
Shelley Delage
Plaintiff

_____
Richard A. Mulhearn
Counsel for Plaintiff

Dated: January 31, 2005.