UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SHELLEY DELAGE,
 Plaintiff(s)

V.

KADANT WEB SYSTEMS, INC.,
ERIC LANGEVIN and DAVID DiMARZIO,
 Defendant(s)

CIVIL ACTION

NO. 04-40194-FDS

REPORT RE: REFERENCE FOR
ALTERNATIVE DISPUTE RESOLUTION

TO JUDGE SAYLOR

SWARTWOOD, III, C.M.J.

On April 27, 2005 I held the following ADR proceeding:

\_\_\_\_ EARLY NEUTRAL EVALUATION    _X_ MEDIATION
\_\_\_\_ MINI-TRIAL                  \_\_\_\_ SUMMARY JURY TRIAL
\_\_\_\_ SETTLEMENT CONFERENCE

All parties were represented by counsel [except _____]
The parties were present in person or by authorized corporate officer [except _____].
The case was:

[X]  Settled. Your clerk should enter a  30  day order of dismissal.

[ ]  There was progress. A further conference has been scheduled for _____ unless the case is reported settled prior to that date.

[ ]  Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ]  Suggested strategy to facilitate settlement:

_____
_____

April 27, 2005
 DATE

/S/CHARLES B. SWARTWOOD, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE