UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>Delage,</u>
   Plaintiff(s),

  V.

CIVIL ACTION

NO. <u>04-40194-FDS</u>

<u>Kadant Web Systems, Inc.,</u>
   Defendant(s),

<u>SETTLEMENT ORDER OF DISMISSAL</u>

<u>Saylor, D. J.</u>

 The Court having been advised on   <u>April 27, 2005</u> that the above-entitled action has been settled;

 IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

                By the Court,

<u> April 28, 2005 </u>       <u>/s/ Martin Castles </u>
   Date             Deputy Clerk