## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS
## CENTRAL DIVISON

| | |
|---|---|
| **SHELLEY DELAGE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )     **CIVIL ACTION NO. 04-40194 FDS** |
| | ) |
| **KADANT WEB SYSTEMS, INC.,** | ) |
| **ERIC LANGEVIN and** | ) |
| **DAVID DIMARZIO,** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Now come the parties in the above-captioned matter, and pursuant to

Rule 41 (a)(1)(ii) of the Federal Rules of Civil Procedure, move to dismiss the claims

asserted in this matter with prejudice, with each side to bear her/its own costs and

attorneys' fees.

SHELLEY DELAGE

By her Attorney,

KADANT WEB SYSTEMS, INC.,
ERIC LANGEVIN and
DAVID DIMARZIO

By their Attorneys,

_____
Richard A. Mulhearn, Esq., BBO #359680
41 Elm Street
Worcester, MA 01609
Tel. 508-753-9999

_____
David M. Felper, Esq., BBO #162460
Kathryn Abare-O'Connell, Esq., BBO #647594
Bowditch & Dewey, LLP
311 Main Street – P.O. Box 15156
Worcester, MA 01615-0156
Tel. 508-791-3511

Dated: May 23, 2005